Harold M. Jaffe (CASB #57397)
LAW OFFICES OF HAROLD M. JAFFE
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125
email: jaffe510@aol.com

Attorney for Defendant FARZAD GAUSI, dba European Quality Electric

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FARZAD GAUSI, dba, EUROPEAN QUALITY ELECTRIC,<br><br>　　　　Defendant.<br>_____ / | CASE NO. C 12 6041 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br><br><br><br>**DOF:** November 28, 2012<br>**TRIAL DATE:** None Set |

**IT IS HEREBY STIPULATED** by and between the parties that due to the unavailability of Harold M. Jaffe, the Case Management Conference currently set on February 4, 2013, at 10:30 a.m., shall be continued to **March 4, 2014,** at **10:30 a.m.**, in **Courtroom 5**, before the Honorable Edward M. Chen.

This stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which, together, shall constitute one and the same document.

This stipulation shall be effective when signed by facsimile. The parties shall exchange original signatures; however, the failure to exchange original signatures shall not affect in any manner the validity of any document signed by facsimile.

///

///

DATED: Jan. 28, 2014         *Harold M. Jaffe*
                             HAROLD M. JAFFE, Attorney for Defendant
                             FARZAD GAUSI, dba European Quality Electric


                             NYHART, ANDERSON, FLYNN & GROSBOLL, APC


DATED: Jan. 28, 2014    By:    *Eileen M. Bissen*
                             EILEEN M. BISSEN, Attorneys for Plaintiffs

STIPULATION TO CONTINUE CMC

Harold M. Jaffe (CASB #57397)
LAW OFFICES OF HAROLD M. JAFFE
3521 Grand Avenue
Oakland, CA 94610
Tel: (510) 452-2610
Fax: (510) 452-9125
email: jaffe510@aol.com

Attorney for Defendant FARZAD GAUSI, dba European Quality Electric

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FARZAD GAUSI, dba, EUROPEAN QUALITY ELECTRIC,<br><br>Defendant.<br>_____ / | CASE NO. C 12 6041 EMC<br><br>[~~PROPOSED~~]<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br><br>**DOF:** November 28, 2012<br>**TRIAL DATE:** None Set |

Based on the Stipulation of the parties;

**IT IS HEREBY ORDERED** that the Case Management Conference currently set on February 4, 2014, at 10:30 a.m., is continued to **March ~~4~~ 6, 2014,** at **10:30 a.m.**

**IT IS ALSO ORDERED** that a Joint Case Management Statement shall be filed on or before ___February 27___, 2014.

DATED: ___January 30, 2014___     _____
THE HON. EDWARD M. CHEN,
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1
ORDER CONTINUING CMC