Richard K. Grosboll, State Bar No. 099729
Eileen M. Bissen, State Bar No. 245821
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel.   (415) 677-9440
Fax   (415) 677-9445
Email: ebissen@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and TIM DONOVAN as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund, <br><br>                     Plaintiffs, <br> v. <br><br> FARZAD GAUSI dba EUROPEAN QUALITY ELECTRIC, <br><br>                     Defendants. | Case No.   12-cv-06041-EMC <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Date:          March 6, 2014 <br> Time:          10:30 a.m. <br> Courtroom: 5 - 17th Floor <br> Location:    450 Golden Gate Avenue <br>                     San Francisco, CA 94102 <br> Judge:         Hon. Edward M. Chen |

## STIPULATION

WHEREAS, a further case management conference is currently set for 10:30 a.m. on March 6, 2014 before the Honorable Judge Edward M. Chen in the Northern District of California;

WHEREAS, Plaintiffs' counsel will be out of the country and unavailable for the above-referenced further case management conference on March 6, 2014;

WHEREAS, Plaintiffs' counsel called Defendant's counsel to discuss his availability for a rescheduled case management conference and offered the following possible dates: March 20, 2014; March 27, 2014; April 10, 2014; and April 17, 2014;

WHEREAS, Defendant's counsel is unavailable on March 20, 2014, because of possible jury duty;

WHEREAS, Defendant's counsel is unavailable on April 10, 2014, because of a scheduled appearance in another case;

WHEREAS, Plaintiffs' counsel and Defendant's counsel discussed their respective schedules and determined that both are available for a further case management conference in the present case on either March 27, 2014 or April 17, 2014;

The parties, by and through their counsel, hereby stipulate to continue the further case management conference, currently scheduled for 10:30 a.m. on March 6, 2014, to either March 27, 2014 or April 17, 2014, as to be determined by this Court based on its availability and preference.

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER
Case No. 12-cv-06041-EMC
1

| | | |
|---|---|---|
| 1 | Dated: February 25, 2014 | NEYHART, ANDERSON, FLYNN & GROSBOLL, APC |

/s/ Eileen M. Bissen
EILEEN M. BISSEN, Attorney for Plaintiffs

Dated: February 25, 2014            LAW OFFICES OF HAROLD M. JAFFE

/s/ Harold M. Jaffe
HAROLD M. JAFFE, Attorney for Defendant
FARZAD GAUSI, dba European Quality Electric

[PROPOSED] ORDER

Having considered the parties' stipulation to continue the further case management conference currently scheduled for 10:30 a.m. on March 6, 2014, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the further case management conference scheduled for 10:30 a.m. on March 6, 2014 is hereby continued to April 17, 2014 at 10:30 a.m. / ~~p.m.~~, or as soon thereafter as may be heard by the Court.

Dated: 3/3/14

_____
HON. EDWARD M. CHEN

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen