1  Richard K. Grosboll, State Bar No. 099729
   Benjamin K. Lunch, State Bar No. 246015
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104
   Tel.    (415) 677-9440
4  Fax    (415) 677-9445
   Email: blunch@neyhartlaw.com
5
   **Attorneys for Plaintiffs**
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| ELECTRICAL INDUSTRY SERVICE BUREAU, INC.; NORTHERN CALIFORNIA ELECTRICAL WORKERS PENSION TRUST; SAN FRANCISCO ELECTRICAL INDUSTRY APPRENTICESHIP AND TRAINING TRUST; ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; NATIONAL ELECTRIC BENEFIT FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6 VACATION FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 6; and TIM DONOVAN as Trustee of each of the Plaintiff Trust Funds except the National Electrical Benefit Fund and as agent for Plaintiff National Electrical Benefit Fund,<br><br>          Plaintiffs,<br>    v.<br><br>FARZAD GAUSI dba EUROPEAN QUALITY ELECTRIC,<br><br>          Defendants. | Case No.   12-cv-06041-EMC<br><br>**STIPULATION TO CONTINUE DATE TO FILE MOTIONS FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>Judge:    Hon. Edward M. Chen |
|---|---|

## STIPULATION

WHEREAS, a settlement conference in the above-titled case has been set for August 13, 2014, at 9:30 a.m. before the Honorable Elizabeth D. Laporte in the Northern District of California;

WHEREAS, a case management conference has been set for August 28, 2014 at 1:30 p.m. before the Honorable Edward M. Chen in the Northern District of California;

WHEREAS, the present deadline for filing motions for summary judgment is set for July 24, 2014;

WHEREAS, the parties understood that the Court had directed them to hold the settlement conference before filing motions for summary judgment;

WHEREAS, prior counsel for the plaintiffs, Eileen Bissen, has left the Neyhart, Anderson, Flynn & Grosboll firm, and other attorneys in the firm need time to become fully familiar with the case;

WHEREAS, counsel for the parties are in agreement that a continuation of the deadline for filing motions for summary judgment until after the August 28, 2014 case management conference is in the best interests of the Court and the parties;

The parties, by and through their counsel, hereby stipulate to continue the deadline for filing motions for summary judgment, currently scheduled for July 24, 2014, to a date to be selected at the August 28, 2014 case management conference.

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

STIPULATION TO CONTINUE DATE TO FILE MOTIONS FOR SUMMARY JUDGMENT;
[PROPOSED] ORDER
Case No. 12-cv-06041-EMC
1

WE AGREE TO THE ABOVE

Dated: July 21, 2014                         NEYHART, ANDERSON, FLYNN & GROSBOLL


                                             /s/ Benjamin K. Lunch
                                             BENJAMIN K. LUNCH, Attorney for Plaintiffs



Dated: July 21, 2014                         LAW OFFICES OF HAROLD M. JAFFE


                                             /s/ Harold M. Jaffe
                                             HAROLD M. JAFFE, Attorney for Defendant
                                             FARZAD GAUSI, dba European Quality Electric

[PR~~OPO~~SED] ORDER

Having considered the parties' stipulation to continue the deadline for filing motions for summary judgment, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the deadline for filing motions for summary judgment is hereby continued to a date to be selected at the August 28, 2014 case management conference.

```
The August 28, 2014 CMC is reset scheduled to September 4, 2014
at 10:30 a.m.  An updated joint CMC Statement shall be filed
by August 28, 2014.
```

Dated: _____7/23/14_____     _____
                                          HON. EDWARD M. CHEN
                                          U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*